WALTER S. RUCKERT, Appellant, *v.* HARRIS LASHER, Respondent.

*Real property — dower — husband and wife — dissolution of marriage under section 7-a of Domestic Relations Law does not bar wife's inchoate right of dower.*

*Ruckert* v. *Lasher*, 209 App. Div. 672, affirmed.

(Argued February 3, 1925; decided March 3, 1925.)

APPEAL, by permission, from an unanimous judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 16, 1924, in favor of defendant upon the submission of a controversy under section 546 of the Civil Practice Act. Plaintiff on January 28, 1924, executed and delivered a contract to sell and convey certain real estate owned by him in Brooklyn, N. Y., to the defendant, respondent, Harris Lasher, describing himself as unmarried. The defendant, purchaser, refused to accept title upon the sole ground that certain proceedings theretofore instituted by plaintiff for the dissolution of his marriage from his wife, under section 7-a of the Domestic Relations Law (L. 1922, ch. 279) and the final order entered thereon on the 17th day of January, 1924, did not terminate, defeat or bar the inchoate right of dower of his said wife in the said real property of her husband.

*William H. Good* for appellant.

*A. M. Dreyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.